# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DeFELICE and PATRICIA DeFELICE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:17-cv-01464-LJO-SKO<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND EXPERT DISCOVERY DEADLINE**<br><br>(Doc. 19) |

Having reviewed the "Stipulation to Extend Expert Discovery" (Doc. 19), and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order (Doc. 15) be modified as follows: the deadline for expert discovery is extended to and including November 29, 2018, to permit the parties to take the depositions of their respective expert witnesses.

This modification does not change any other existing scheduling deadlines, including the motion deadlines, pretrial conference, and trial dates.

IT IS SO ORDERED.

Dated: **October 24, 2018**         /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE