# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DeFELICE and PATRICIA DeFELICE,<br><br>            Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 1:17-cv-01464-LJO-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 22) |

On November 14, 2018, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 22.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 19, 2018**       /s/ *Sheila K. Oberto*  
                                                                           UNITED STATES MAGISTRATE JUDGE